UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR REYNARD CYRUS,<br><br>  Plaintiff,<br><br>  v.<br><br>QUIRING, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-01384-JDP (PC)<br><br>**ORDER**<br><br>THAT PLAINTIFF'S "SECOND AMENDED COMPLAINT" FAILS TO ADHERE TO LOCAL RULES AND DIRECTING THAT IT BE DISREGARDED<br><br>GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br>ECF Nos. 18 & 21 |

Plaintiff, a state prisoner, brings this action against defendants Quiring, Young, Bustamante, and Winkler and alleges that they violated his First Amendment rights by retaliating against him. ECF No. 8 & 10. Those claims were deemed cognizable. I previously found that the Eighth Amendment claims included in plaintiff's operative complaint were non-cognizable, however, because he did not allege that any of defendants' conduct had resulted in physical injury. ECF No. 8 at 3. Plaintiff elected to proceed only with his First Amendment claims and, at least temporarily, abandoned his Eighth Amendment claims. ECF No. 13. Then, after service was ordered based on the first amended complaint, plaintiff filed a second amended complaint, ECF No. 18, which can only be described as fragmentary. It does not rearticulate the original claims that I previously deemed cognizable and, instead, sets forth only new allegations related to

1

an inmate attack that occurred after the screening of his last complaint. *Id.* at 3. He claims that the attack was the result of a "false report" authored by defendant Barajas but does not sufficiently allege the report's contents or how it gave rise to the attack against him. This district's local rules require that any complaint be complete in itself, without reference to previous documents. *See* Local Rule 220. Accordingly, I order that this complaint be disregarded. If plaintiff wishes to amend his complaint, he may file a properly supported motion and include his proposed amended complaint. That complaint must contain all of his claims against all defendants.

Additionally, defendants have filed a motion for extension of time to file an answer to the first amended complaint. ECF No. 21. That motion is granted and the answer, ECF No. 22, is deemed timely.

Accordingly, it is ORDERED that:

1. Plaintiff's second amended complaint, ECF No. 18, shall be disregarded for failure to comply with local rules. The Clerk of Court shall strike it.

2. Defendants' motion for extension of time, ECF No. 21, is GRANTED, and their answer, ECF No. 22, is deemed timely.

IT IS SO ORDERED.

Dated:   July 17, 2024                             _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE