IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR RENARD CYRUS,** | Case No. 2:23-cv-01384 JDP |
| Plaintiff, | |
| v. | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| **PATRICK COVELLO, et al.,** | |
| Defendants. | |

Defendants have filed a motion ex parte to continue the currently scheduled settlement conference for 60 days, from January 15, 2025, to March 17, 2025.

Good cause having been shown, the motion is GRANTED. The settlement conference is continued until March 17, 2025 at 10:00 a.m. The writ issued for January 15, 2025 is vacated.

Dated: January 7, 2025

/s/ Chi Soo Kim
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1

Order (2:23-cv-01384 JDP )