UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RENARD CYRUS, | No. 2:23-cv-1384 JDP P |
| Plaintiff, | |
| v. | ORDER |
| QUIRING, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2025, this Court conducted a settlement conference in this action. (ECF No. 32.) This action settled. (Id.) Pending before this Court is plaintiff's motion to enforce the settlement agreement. (ECF No. 35.) For the following reasons, plaintiff's motion is denied without prejudice.

In the pending motion, filed September 22, 2025, plaintiff alleges that defendants failed to pay plaintiff the settlement money, as agreed at the settlement conference. (Id.) In the opposition, filed October 14, 2025, defendants argue that plaintiff's motion is premature because it was filed before the expiration of the 180 day payment period agreed to by the parties. (ECF No. 36 at 1.) The settlement agreement states that defendants will make a good faith effort to pay the settlement amount (minus any restitution amounts, liens and fees) within 180 days from the date plaintiff delivers to defendants the settlement documents, which was also stated on the record

at the settlement conference. (See id. at 10)  Plaintiff returned the settlement documents to defendants on April 7, 2025. (Id. at 5.)  The next business day 180 days from April 7, 2025 is October 6, 2025. (Id. at 6.)  Defendants state that the CDCR Settlement Coordinator assured defense counsel that plaintiff will be paid on or before October 14, 2025. (Id. at 6.)

Because plaintiff filed the pending motion before 180 days ran from April 7, 2025, plaintiff's motion to enforce the settlement agreement is denied as premature.[1]  If plaintiff has not received the settlement money at the time he receives the instant order, plaintiff may renew his motion to enforce the settlement agreement.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to enforce the settlement agreement (ECF No. 35) is denied without prejudice.

Dated:  November 19, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Cyru1384.set/2

---

[1] A payment by defendant to plaintiff of the settlement money on or around October 14, 2025 is not in violation of the settlement agreement.